He Zhou _____ (Full Name)

angelcity0619@gmail.com _____ (Email Address)

1441 Paso Real Ave., Space 44 (Address Line 1)

Rowland Heights, CA 91748 ____ (Address Line 2)

 (626)541-3806 _____ (Phone Number)

Plaintiff in Pro Per

**FILED**
**CLERK, U.S. DISTRICT COURT**

08/12/2024

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ ASH _____ DEPUTY

FEE PAID

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| He Zhou, | ) | Case No.: 2:24-cv-06965-SSS-(PD) |
| Plaintiff, | ) | **Civil Rights Complaint Pursuant to** |
| vs. | ) | **42 U.S.C. § 1983 (non-prisoners)** |
| John Does | ) | **Jury Trial Demanded**: ☑Yes ☐ No |
| Defendant(s). | ) | |

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the defendants conducted Constitutional Rights Violations, and the plaintiff lives in this district.

## III. PARTIES

3. Plaintiff He Zhou resides at 1441 Paso Real Ave., Space 44, Rowland Heights, CA 91745.

4. Defendants work at Walnut/Diamond Bar Sheriff's Station resides at 21695 E. Valley Blvd, Walnut, CA 91789.

1

5. Defendants were on duty at 1441 Paso Real Ave., Space 128, Rowland Heights, CA 91748 at about 8:50pm on August 13, 2022.

## IV. STATEMENT OF FACTS

6. At about 8:50pm on August 13-*, 2022, when I was having a greeting conversation with my neighbor Cindy lived in 1441 Paso Real Ave., Space 128 on the street, defendants showed up and announced Cindy was under arrest in a loud speaker. Defendants identified Cindy, asked her to hands up, backed towards to them, handcuffed her and put her into custody in a police car. After that, one of the defendants said to the other defendants: "She must have connection to the crime." Then, defendants asked me to hands up, backed towards to them, just pushed, handcuffed me and put me in a police car into custody as well. During the procedure of arresting me, I told defendants I was Angela, I lived in Space 44, but they didn't listen and identify. I was not charged at all that I had committed, was committing, or was attempting to commit a criminal offense. Without probable cause, defendants didn't know my name, which Space I lived, they just based upon their feeling and hunch that I might be connected to crime, and added me as another criminal suspect to arrest even though only Cindy in Space 128 was charged. After I was in custody with handcuffs in a police car for about half an hour, defendants released my handcuffs, asked me to get off the police car, and said I could go home. Later, defendants came to my home to detain me, asked me to show my ID and interrogated me for a while. My camera recorded defendants' false arrest and detain to me. I was a Chinese language teacher, when I was wrongfully handcuffed, arrest and put in a police car and detained at home, which damaged my civil rights and my reputation as a teacher badly, made me suffered physical pain and emotional distress.

## V. CLAIMS

## CLAIM I

7. Plaintiff realleges paragraphs 1 through 6.

8. By doing the acts described above in Paragraph 6, Defendants caused the violation of Plaintiff's Fourth Amendment rights to be free from unreasonable searches and seizures, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C. § 1983.

## CLAIM II

9. Plaintiff realleges paragraphs 1 through 6.

10. By doing the acts described above in Paragraph 6, Defendant caused the violation of Plaintiff's right to Due Process guaranteed by the Fourteenth Amendment, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C. § 1983.

## VI. REQUEST FOR RELIEF

WHEREFORE, the plaintiff requests:

11. Compensatory damages, including general and special damages, according to proof;

12. Enter judgment in favor of Plaintiff and against defendants for punitive damages.

13. Award Plaintiff reasonable attorney's fees, costs, and disbursements pursuant to 42 U.S.C. § 1988;

14. Any further relief which the court may deem appropriate.

## VII. Demand for Jury Trial

15. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: August 12, 2024

*He Zhou*

By:  He Zhou

Plaintiff in Pro Per